UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

YELITZA PICON, on behalf of herself and all
Others similarly situated,                              Civil Action No. 1:24-cv-7371

        Plaintiffs,

  -against-

NUORI, INC.,                                            **NOTICE OF VOLUNTARY**
                                                                        **DISMISSAL WITH**
                                                                        **PREJUDUCE**

        Defendant.
_____x

        Plaintiff Yelitza Picon, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

        Dated: June 5, 2025

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
    *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

SO ORDERED.

_/s/ Dale E. Ho_____

Dale E. Ho                              Dated: June 10, 2025
United States District Judge      New York, New York